UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA  :  UNSEALING ORDER

- v. -  :

KAREN ALAMEDDINE,  :
  a/k/a "Karen Dean,"  :

  :

    Defendant.  :

------------------------------------x

14 MAG. 2579

DOC # 3

FILED NOV 18 2014

Upon the application of the United States of America, by and through Assistant United States Attorney Stanley J. Okula, Jr., it is hereby ORDERED that the Complaint and Warrant in the above-referenced matter be and hereby are unsealed.

_____
THE HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated:   November 18, 2014