USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 11 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      ORDER

   -v.-                             :      14 Cr. 808 (GHW)

KAREN ALAMEDDINE,                   :

                Defendant.        :

- - - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Stanley J. Okula, Jr., of counsel, and with the consent of the defendant, by and through Roland Thau, Esq., counsel for the defendant, it is hereby ORDERED that the time between today and December 19, 2014 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel to begin the review of the voluminous documentary discovery in the case.

Dated: New York, New York
       December __, 2014

                                    _____
                                    HON. GREGORY H. WOODS
                                    UNITED STATES DISTRICT JUDGE