UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                             :

UNITED STATES OF AMERICA,     :

                                                                             :    14 Cr. 808 (GHW)
                                                                             :    <u>Electronically Filed</u>

              – *against* –                :

                                                                             :    NOTICE OF APPEARANCE AND
KAREN ALAMEDDINE,                  :    AND REQUEST FOR
                                                                             :    ELECTRONIC NOTIFICATION
                      Defendant.      :

-------------------------------------------------------x

      Please take notice that Joshua Dratel, Esq., hereby appears in this action on behalf of KAREN ALAMEDDINE and respectfully requests the Clerk to note his appearance in this case and add him as a Filing User to whom Notices of Electronic Filing are transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  December 22, 2014
           New York, New York

                                                                           Respectfully submitted,

                                                                          /s/Joshua L. Dratel
                                                                          Joshua L. Dratel
                                                                          JOSHUA L. DRATEL, PC
                                                                          29 Broadway, Suite 1412
                                                                          New York, New York 10006
                                                                          (212) 732-0707
                                                                          jdratel@joshuadratel.com

                                                                          *Attorney for Defendant Karen Alameddine*