USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,           :

                -against-                      :

  KAREN ALAMEDDINE,                  :           1:14-cr-808-GHW

                         Defendant.   :                 ORDER
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court received Ms. Alameddine's CJA Form 23 on January 5, 2015, as previously requested.  Pursuant to Section VI of the Southern District of New York's Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, available at http://nysd.uscourts.gov/cja.php, this Court's determination of Ms. Alameddine's eligibility for appointed counsel must be based on information provided either "by affidavit sworn to before a district judge, magistrate judge, court clerk, deputy clerk, or notary public" or "under oath in open court before a district judge or magistrate judge."  The CJA Form 23 submitted by Ms. Alameddine is signed but not sworn.

      The Court will hold a hearing to discuss the financial information submitted by Ms. Aladmeddine and her eligibility to continue with appointed counsel on Friday, January 16, 2015 at 2:00 p.m.

      SO ORDERED.

Dated: January 9, 2015
       New York, New York

                                                               _____
                                                               GREGORY H. WOODS
                                                           United States District Judge