LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                    STEVEN WRIGHT
—                                                                  *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

January 12, 2015

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                     Re:      *United States v. Karen Alameddene*,
                                        14 Cr. 808 (GHW)

Dear Judge Woods:

       This letter is submitted on behalf of Karen Alameddene,[1] defendant in the above-entitled case, and whom I represent by CJA appointment. Upon reading the Court's January 9, 2014, Order, I reviewed my January 5, 2014, cover letter that accompanied the CJA 23 Financial Affidavit executed by Ms. Alameddene, I realized that I had neglected to include important information, namely that it is my understanding that the entirety of Ms. Alameddene's bank accounts have been seized by the government, and that the other assets noted in the CJA 23 (which are illiquid) are also known to the government, and potentially subject to forfeiture (and whether they have been seized, and/or whether seizure or forfeiture proceedings are underway or contemplated, is a question only the government can answer at this time).

---

      [1] While the Indictment spells Ms. Alameddene's name differently, my understanding is that "Alameddene" is the correct spelling.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
January 12, 2015
Page 2 of 2

    I apologize for that omission, and hope the information provided herein clarifies Ms. Alameddene's CJA 23 Financial Affidavit.

Respectfully submitted,

Joshua L. Dratel

JLD/

cc:    Stanley Okula
        Assistant United States Attorney