```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC #:_____
- - - - - - - - - - - - - - - - - -x         DATE FILED:  3/10/15

UNITED STATES OF AMERICA        :             ORDER

     -v.-                       :             14 Cr. 808 (GHW)

KAREN ALAMEDDINE,               :

                Defendant.      :

- - - - - - - - - - - - - - - - - -x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Stanley J. Okula, Jr., of counsel, and with the consent of the defendant, by and through Joshua Dratel, Esq., counsel for the defendant, it is hereby ORDERED that the time between March 10, 2015 and March 24, 2015, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because, among other things, it will permit the defendant and her counsel time to review additional discovery and to confer regarding, among other issues, a potential resolution of the case.

Dated:  New York, New York
        March 10, 2015

                                        _____
                                        HON. GREGORY H. WOODS
                                        UNITED STATES DISTRICT JUDGE