```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :        ORDER

    -v.-                            :        14 Cr. 808 (GHW)

KAREN ALAMEDDINE,                    :

             Defendant.      :

- - - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America, by
and through Preet Bharara, United States Attorney, Stanley J. Okula,
Jr., of counsel, and with the consent of the defendant, by and through
Joshua Dratel, Esq., counsel for the defendant, it is hereby ORDERED
that the time between April 22, 2015 and April 30, 2015, is hereby
excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in
the interests of justice.  The Court finds that the ends of justice
served by granting a continuance outweigh the best interests of the
public and the defendant in a speedy trial, because, among other
things, it will permit the defendant and her counsel time to confer
regarding, among other issues, a potential resolution of the case.

Dated:  New York, New York
       April 21, 2015

                      _____
                      HON. GREGORY H. WOODS
                      UNITED STATES DISTRICT JUDGE