

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMORANDUM ENDORSED

June 22, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/15
```

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

        Re:    **United States v. Karen Alameddine**
                  **14 Cr. 808 (GHW)**

Dear Judge Woods:

      The United States respectfully submits this letter seeking an adjournment of the August 14, 2015 sentencing date in the above-referenced case. We make this request, with the consent of defense counsel, because counsel for the Government – the only Assistant U.S. Attorney working on this case -- is going to be out of the country both the week of the sentencing (when the sentencing is scheduled to occur) and the preceding week (when the Government's sentencing memo is due). In addition, the adjournment will allow the Government and defense counsel to communicate regarding an open issue concerning the precise amount of loss for Guidelines and restitution purposes.

      We understand from speaking with defense counsel that the following dates are available: September 10, 11, 16, 17, 18, 21, 24, 25, and 29; and October 1 and 2.

Thank you for considering this request, which represents the first request by any party for an adjournment of the sentencing in this matter.

>Respectfully submitted,
>
>PREET BHARARA
>United States Attorney
>
>_____//s//_____
>Stanley J. Okula, Jr.
>Assistant U.S. Attorney
>Tel.: (212) 637-1585

cc: Joshua Dratel, Esq.

Application granted. The sentencing is adjourned from August 14, 2015 until September 24, 2015 at 4:00 p.m.

SO ORDERED.

Dated: June 24, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge