# A CELEBRATION OF DISCOVERY

**TO BENEFIT THE GROUNDBREAKING
SCIENTIFIC WORK OF THE
HEREDITARY DISEASE FOUNDATION**

<u>Via Overnight Courier</u>

September 10, 2015

The Honorable Gregory H. Woods
United States District Court Judge
Daniel S. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

*Docket & File*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/15

Re:    <u>United States v. Karen Alameddine, a/k/a "Karen Dean"</u>
       <u>1:14-CR-00808-GHW</u>

Dear Judge Woods:

I am the Chief Executive Officer of the Hereditary Disease Foundation ("**HDF**") and am writing on behalf of HDF in connection with the sentencing of Karen Alameddine, who is currently scheduled to be sentenced before Your Honor on September 24, 2015. Ms. Alameddine, who was known to us as Karen Dean (and in this letter, "**Dean**"), was the Controller and most senior financial officer of HDF for almost nine years during which she stole more than $2.2 million of the Foundation's assets through an elaborate and multi-faceted scheme. Her crime caused immeasurable damage to an organization that for nearly 50 years has built an impeccable reputation as a not-for-profit organization dedicated to seeking a cure for Huntington's Disease, one of the most difficult neurodegenerative diseases.

## History and Mission of HDF

HDF is a tax-exempt, not-for-profit organization that was founded in 1968 by Milton Wexler, Ph.D., a prominent California psychoanalyst, after his wife was diagnosed and died from Huntington's Disease ("**HD**"). Since that time, HDF has raised over $60 million that has been dedicated to funding pioneering biomedical research in genetics and molecular biology in order to understand and find a cure for HD and related brain disorders. HD is a dominantly inherited neurodegenerative disease that causes progressive physical, cognitive and psychiatric impairments, and often results in deep social isolation and major disruption of a patient's family.[1] Moreover, therapeutic intervention provides only limited relief from the symptoms of this fatal disorder for which there is no cure.

---

[1] Each child of a parent with HD has a 50% risk of inheriting the same disease-causing gene. The risk compels potential patients to make very difficult life choices.

The Honorable Gregory H. Woods
September 10, 2015

By collaborating with and sponsoring programs for, as well as supporting research by, leading scientists and clinicians around the world, HDF discovered the biomarker for HD and identified the actual gene mutation that causes the disease. These achievements were so groundbreaking that they were reported in major news outlets such as *The New York Times* and extolled by the National Human Genome Research Institute, National Institutes of Health. The attached Exhibit A lists HDF's landmark achievements. HDF's pioneering work in genetics is expected to contribute to our understanding of other neurodegenerative diseases, such as Alzheimer's and Parkinson's, which affect millions of people throughout the world.

Milton Wexler transitioned the leadership of HDF to his daughter, Nancy Wexler, Ph.D., President of HDF and the Higgins Professor of Neuropsychology at Columbia University. Dr. Wexler has devoted her career to leading a scientific team in the collection of a huge body of data and pedigrees of a Venezuela community in which the largest family[2] of HD sufferers in the world resides. These efforts are critical to ongoing research and HDF's sponsorship is overseen by a Scientific Advisory Board comprised of highly distinguished scientists and physicians from leading institutions. See Exhibit B.

In addition, HDF's Board of Directors is comprised of many prominent individuals including the Ludwig Professor of Biology at Massachusetts Institute of Technology, the Distinguished Julianne Dorn Professor of Neurology at Harvard Medical School and former of Chief of Neurology Services at Massachusetts General Hospital, the Executive Vice Chair of New York-Presbyterian Hospital (formerly its CEO and President), the founder of a major New York investment fund, a Goldman Sachs managing director, a world-famous architect, as well as individuals who themselves are personally, or have family members, at risk or who have been diagnosed with HD. See Exhibit C.

**HDF's Response to the Fraud**

HDF first became aware of Ms. Dean's embezzlement in April 2014 when we learned that a university research grant recipient had not received a portion of its financial award. Within weeks, as it became apparent that significant Foundation funds were unaccounted for, we commenced an internal investigation under the direction of two partners at HDF's outside law firm: Robert Mintz, a former federal prosecutor and head of the Government Investigations practice at McCarter & English, LLP ("**McCarter**"), and a specialist in corporate governance.[3] HDF authorized McCarter to engage forensic accountants[4] to

---

[2] About 18,000 persons over ten generations.

[3] Formerly a partner McCarter's Boston office, I had been outside counsel of HDF for nearly 20 years and a member of its Board of Directors since around 2008. In the course of a re-structuring of the Board of Directors, which involved establishment of an Audit Committee and Nominating & Governance Committee, I was elected in July 2014 as Chairman of the Board. In October 2014, Board appointed me as HDF's Chief Executive Officer and Vice President, Legal Affairs, at which time another Board member became Board Chairman. The Audit Committee of the Board engaged has engaged a new outside

The Honorable Gregory H. Woods
September 10, 2015

conduct an independent analysis of the results of the internal investigation. The forensic accountants issued a written report in September 2014 (the "**Forensic Report**") that concurred with the findings of the internal investigation and reported on the techniques used by Ms. Dean to conceal her fraud. Concurrently, McCarter reported the results of the Forensic Report to AUSA Stanley Okula, which resulted in Ms. Dean's arrest in November 2014.

HDF also engaged a private investigator to look into Ms. Dean's background and report on the various names and companies associated with Ms. Dean; its findings are detailed in a written report dated July 22, 2014 (the "**PI Report**"). In particular, the PI Report notes up to eight names that Ms. Dean may have used from time to time and several entities or businesses that she appears to have set up, e.g. Abacus Accounting and Business Services, a fictitious or "d/b/a" business registered in California by Karen J. Alameddine ("**Abacus**"), which was used in connection with her scheme to defraud HDF.

## Dean's Embezzlement

Ms. Dean's embezzlement was especially reprehensible because she took advantage of a small organization[5] that relied largely on annual fundraising campaigns and which, in its commitment to dedicate the focus of its financial assets to its research mission, did not perceive the necessity to allocate significant resources towards internal financial controls. Moreover, HDF's Board of Directors, albeit populated by sophisticated persons, saw their role primarily as donors and ambassadors for the medical mission, rather than as directors in the corporate law sense. In this respect, HDF was not unlike a great many other non-profit organizations committed to a compelling human need, which are typically striving to direct limited financial resources towards the charitable mission and less focused on the need for financial controls that commercial businesses might typically implement. As detailed in footnote three, HDF has since instituted major changes in its corporate governance.

Ms. Dean's fraud, which totaled $2,223,214,[6] was elaborately designed using several different schemes in order to conceal her theft from her colleagues at the Foundation.

---

auditor widely recognized for its expertise in the accounting and public reporting requirements for non-profit organizations.

[4] Withum Smith + Brown, PC, of Princeton, New Jersey.

[5] HDF's staff during the years of Dean's fraud included the President (unpaid), Executive Director for Science (salaried), Dean (salaried), office administrator (salaried), and science administrator and hourly personnel (as needed from time to time). The annual expenditures, including research grants, science conferences, and administration, were generally approximately $2 million to $3 million per year. HDF has a small endowment, now about $11 million, some of which is restricted for specific purposes (e.g., an annual science innovation prize), managed by Goldman Sachs.

[6] As stated in a letter from McCarter to the U.S Probation Office dated July 22, 2015 ("**Probation Office Letter**").

3

The Honorable Gregory H. Woods
September 10, 2015

General Ledger Falsification; Fraudulent Bank Account; "Faked" Audits

Ms. Dean set up a bank account in her name at the same bank (Bank of America) that held HDF's operating account.  She would initially issue checks to university grantees so as to avoid grant recipient complaints for non-payment, and then wire similar amounts to her personal bank account in staged payments characterizing them in HDF's general ledger as grantee payments.  When HDF management periodically requested bank statements from her, she would deliver photocopies that she had falsified electronically to disguise the payments to her account.

Ms. Dean's fraudulent conduct was so bold that it included producing bogus audited financial statements and an auditor's report for HDF's 2013 fiscal year from a non-existent accounting firm.  After HDF's prior audit firm resigned, Ms. Dean claimed audit responsibility had been transferred to a new firm, Davis & Greene, P.C. based on Washington, DC.  A later check with the Washington, DC accountancy board revealed that no licensed firm by that name existed.  Moreover, Ms. Dean permitted the falsified financial statements and auditor reports to be included in the 2013 annual regulatory filing with the Charities Bureau of the New York Attorney General.[7]

This fraud continued over five years from 2009 to 2013 and resulted in a theft of $1,831,837.  McCarter reported this amount in the Probation Office Letter.

Unauthorized Increase of Salary

From 2007 to 2013 Ms. Dean awarded herself salary increases that were never authorized by HDF's President or Board of Directors.  HDF hired Ms. Dean at a salary base of $70,000 in 2005.  The unauthorized salary increases rose from annually by $4,834 in 2007 to $29,750 in 2013, for an aggregate total of $170,834 in unauthorized salary.

Unauthorized Use of Corporate Credit Card

HDF had a CitiBusiness AAdvantage Business Account under which a corporate credit card was held for HDF business expenses and used primarily by its President.  Without the knowledge or authorization of HDF, Ms. Dean procured a second credit card under the same account and began making unauthorized purchases for personal matters as early as November 2008.  Since Ms. Dean was the HDF senior executive responsible for review and payment of the credit card account, her unauthorized use was not detected.  In May 2015, HDF reviewed all the monthly statements for the second card item-by-item to identify the charges that were indisputably unrelated to HDF operations.  The forensic review found that Ms. Dean charged $62,886.09 to the second credit card.  Based on the

---

[7]HDF's annual reports at www.charitiesnys.com disclosed that Ms. Dean omitted filing the audited financial statements for several prior fiscal years despite a statement on New York's CHAR 500 report that the statements and reports were attached.

MEI 21101303v.2

The Honorable Gregory H. Woods
September 10, 2015

2015 analysis, the total of Ms. Dean's personal charges was $48,127.05, which amount was reported in the Probation Office Letter.

### Unauthorized Business Expense Reimbursements

HDF required employees and others (e.g., scientists attending its conferences) to submit written requests for business expense reimbursement on a prescribed form. As Controller, Ms. Dean had responsibility for administration of business expense reimbursements. Nonetheless, a review of HDF's general ledger revealed that she paid herself unauthorized expense reimbursements from 2008 to early 2014 totaling $93,248.

### Unauthorized Payments for Services by Abacus

It was also discovered in 2015 that Ms. Dean made unauthorized payments to Abacus, a company formed and controlled by her, for alleged business services performed on behalf of HDF in the aggregate amount of $79,107.61. Abacus was never authorized to perform work for HDF and provided no known services to the Foundation.

### Additional Costs Incurred by HDF

HDF has also incurred approximately $250,000 of legal, accounting and other professional fees in response to Ms. Dean's fraud. HDF received approximately $125,000 in insurance coverage for claims under its employee theft and D&O policies; however, no additional insurance payment will be forthcoming.

Dean was a trusted executive who clearly abused her position over the course of many years for the sole purpose of lining her own pockets. The fraud was not occasional, nor was it driven by extreme personal need such as paying an uninsured medical expense. Rather, Dean's actions were callously and deliberately orchestrated by an officer entrusted with the financial management of a non-profit organization dedicated to funding important scientific research with the goal of saving lives. Much of the money she stole was generously given by individuals who believed their donations would make a difference in the lives of others. Nonetheless, Dean continued her criminal conduct over the course of many years, indifferent to the impact that her conduct would have on the Foundation, on her colleagues and on the many lives who are touched by the Foundation's work on a daily basis.

To date, HDF has received no restitution from Ms. Dean, nor has she in any way acknowledged the damage she has inflicted on the Foundation or apologized for her conduct. We respectfully request that any sentence imposed on Ms. Dean include a continuing obligation to pay restitution to HDF until full payment is received, and that any prison term imposed reflect the severity of the crime not only to deter Ms. Dean, but to also deter others who may consider taking advantage of other charitable institutions who are likewise striving to improve the lives of others.

5

The Honorable Gregory H. Woods
September 10, 2015

Respectfully submitted,

Jonathan C. Guest
Chief Executive Officer and Vice-President, Legal Affairs

cc:     Robert Mintz, Esq.
        AUSA Stanley J. Okula, Jr.

6

ME1 21101303v.2

## Exhibit A

## Landmark Achievements

*Some of the Hereditary Disease Foundation's landmark achievements on the road to the cure:*

• **1968** – The Hereditary Disease Foundation is established by Dr. Milton Wexler when his wife Leonore was diagnosed with Huntington's disease, a fatal hereditary brain disease. The Wexler family prepares to search for brain disease cures!

• **1983** – The Hereditary Disease Foundation is the first to use DNA markers to discover the neighborhood of the Huntington's disease gene. This breakthrough helped launch the Human Genome Project.

• **1993** – The Hereditary Disease Foundation's Gene Hunters – over 100 scientists – collaborate for a decade. They discover what *The New York Times* called "the most coveted treasure" – the Huntington's disease gene itself! The Albert Lasker Public Service Award is awarded to HDF president Nancy Wexler for her efforts.

• **1993 to today** – From the moment that the HDF-supported Gene Hunters found the HD gene in 1993, research on Huntington's disease is radically improved. HDF funds experiments putting the human HD gene into "model systems" – cells, yeast, worms, fish, fruit flies, mice, rats, pigs, sheep and monkeys. Scientists learn from all these different "teachers" something new and important about HD. Each model provides a critical "test tube" for developing and improving treatments and cures which, in the future, can be given more safely and effectively to people.

• **1996** – With support from the Hereditary Disease Foundation, Scientific Advisory Board member Gillian Bates creates the very first mouse with Huntington's disease using the HD gene itself, which she helped find. These mice are helping to crack open our understanding of the disease and are being studied worldwide, both in universities and industry. They have been cited in over 200 scientific publications.

• **1997** – Gillian Bates discovers clumps or "aggregates" in the brain and other tissues in her mouse model of HD, with support from the Hereditary Disease Foundation. These clumps are similar to plaques found in Parkinson's, Alzheimer's, Lou Gehrig's and other diseases. Her breakthrough leads to the discovery of clumps in human HD brain tissue. The role of these clumps is still being investigated by researchers today.

• **2000** – With support from the Hereditary Disease Foundation, Scientific Advisory Board members Leslie Thompson and Lawrence Marsh put the HD gene in a fruit fly. They then test these flies with different treatments to learn what type of interventions can make them better.

• **2002** – H. Robert Horvitz, a long-standing Hereditary Disease Foundation Scientific Advisory Board member, wins the Nobel Prize for discovering genes that control the death of cells when they are no longer needed (a process known as apoptosis). In the developing brain, for example, apoptosis adjusts the number of nerve cells to match the number of target cells they need to connect with.

• **2002** – Led by Hereditary Disease Foundation Scientific Advisory Board members Anne Young, David Housman and Carl Johnson, the Foundation brings together and funds a group of international researchers, including scientists from Novartis, to search for drugs to treat and cure HD.

• **2005 to today** – Hereditary Disease Foundation Scientific Advisory Board member Beverly Davidson strongly reduces the brain damage and symptoms of a mouse with Huntington's disease using a breakthrough technique called RNA interference (RNAi). RNAi lowers the levels of the abnormal protein that causes HD. Bev has been funded consistently by the HDF since 2002. Her work continues to make exciting progress.

• **2004** – With support from the Hereditary Disease Foundation and using tissue samples from the Venezuelan families who helped researchers find the HD gene, the existence of genes that affect the onset of HD are discovered. These modifier genes can potentially help scientists better understand HD and find ways to delay the onset of disease or push HD beyond the lifespan.

• **2006** – Researchers Richard Faull and Russell Snell, with funding from the Hereditary Disease Foundation, create a sheep that has the human HD gene in it. Sheep have large brains which make them perfect for testing gene therapy for HD. In 2010, Jenny Morton tests the sheep's ability to perform mental tasks that involve learning and attention, and in 2014 discovers they have alterations in their waking and sleep routines (circadian rhythms), a trait that is also seen in humans with HD.

• **2007** – Hereditary Disease Foundation Scientific Advisory Board member Gillian Bates is elected to the Fellowship of the Royal Society, UK, for her work on Huntington's disease. In 2011, she received an even more prestigious honor when she was elected to the governing Council of the Royal Society.

• **2007** – Facing a potentially disastrous vote against approving tetrabenazine, Hereditary Disease Foundation President Nancy Wexler testifies before the Food and Drug Administration's (FDA) Advisory Committee. The Committee is persuaded to vote unanimously to recommend approval of tetrabenazine for the chorea associated with HD. The FDA approves the use of tetrabenazine in 2008.

• **2007** – The Benjamin Franklin Medal in Life Science is awarded to Hereditary Disease Foundation President Nancy Wexler for her work on Huntington's disease.

• **2008** – With support from the Hereditary Disease Foundation, Scientific Advisory Board member William Yang creates a new mouse model of HD using the entire human HD gene. William's mice with the complete HD protein and Gill's mice, with only a small

fragment of the HD protein, are being compared to learn from both. The search for potential therapies continues in both.

• **2009** – Researchers find a way to make the HD gene apparently harmless in mice! With support from the Hereditary Disease Foundation, Scientific Advisory Board members Leslie Thompson, Joan Steffan and William Yang tweak just two tiny parts of the HD gene called "phosphorylation sites" to accomplish this.

• **2010** – The first Leslie Gehry Brenner Prize for Innovation in Science is awarded to David Housman. David's paradigm-breaking research – beginning in 1978 – to discover the HD gene helped launch the Human Genome Project. Most accomplishments in HD research have depended on his breakthrough.

• **2012** – Gene silencing – turning a gene off or turning down its activity – comes in many flavors. The pharmaceutical company Isis is developing one type of gene silencing. Hereditary Disease Foundation Scientific Advisory Board member Beverly Davidson is developing and perfecting another type of gene silencing and gene therapy – micro RNA interference (miRNAi) which is designed to lower the amount of the Huntingtin protein.

• **2012** – Gillian Bates receives the second Leslie Gehry Brenner Prize for Innovation in Science for her pioneering work creating and learning from Huntington's disease mouse models.

• **2013** – Isis Pharmaceuticals and Roche form an alliance to develop treatments for HD. They announce a multi-million dollar deal to support the development of 'gene silencing' drugs to test in human trials. This is big news that secures the future of these exciting drugs for HD.

• **2013** – With support from the Hereditary Disease Foundation, whole genome sequencing begins on a select set of Venezuelan HD family members to look for modifier genes—genes that affect how HD develops in different people. Identifying these genes promises to shed light on the mechanisms of disease and suggest new possibilities for developing therapies.

• **2013** – Leslie Thompson receives the third Leslie Gehry Brenner Prize for Innovation in Science for her innovative work on stem cells and HD. Stem cells are powerful tools that are opening many new research avenues, including the development of new models of HD derived from human cells.

• **2014** – William Yang receives the fourth Leslie Gehry Brenner Prize for Innovation in Science for his groundbreaking work creating and characterizing mice with specific "on/off" signals for the HD gene. He discovered that having the HD gene turned off in cells in part of the brain (the striatum) prevents some of the damage caused by the defective gene and having it turned off in another part (the cortex) prevents other types of damage. However, the most benefit is accrued when the HD gene is turned off in both the cortex and striatum which connect with each other and influence each others

functions. The findings shed light on what goes wrong in HD and offer insight into which brain areas to direct new treatments towards.

**Exhibit B**

**<u>Scientific Advisory Board</u>**

The Hereditary Disease Foundation's Scientific Advisory Board (SAB) is composed of distinguished scientists from around the world. The Board meets annually every January in Santa Monica, California, to review grant and fellowship applications in order to assure that each supported project has relevance to Huntington's disease, and is scientifically sound as well as economically justified. Additionally, the Board plans future workshops, and makes policy decisions on matters pertinent to the science that the Foundation supports.

Former and current members of the HDF SAB include:

- winners of the Nobel Prize
- members of the National Academy of Science and its Institute of Medicine
- members of the American Association of Arts and Sciences
- winner of the President's National Medal of Science
- winner of the MacArthur Foundation "genius" prize
- director of the National Institutes for Health
- director of the National Genome Research Institute, NIH
- presidents of the Society for Neuroscience
- leaders in academia and the pharmaceutical industry worldwide

**Scientific Advisory Board**

**Roger L. Albin, M.D.**
Anne B. Young Collegiate Professor of Neurology
Associate Chair for Research
Chief, Neuroscience Research
University of Michigan

**Gillian P. Bates, M.Sc., Ph.D., FRS**
Professor of Neurogenetics
Head, Division of Genetics and Molecular Medicine
King's College London
*Fellow, Royal Society*

**C. Frank Bennett, Ph.D.**
Senior Vice President, Research
Isis Pharmaceuticals

**Yvette Bordelon, M.D., Ph.D.**
Associate Clinical Professor
Department of Neurology
David Geffen School of Medicine at UCLA

**Alan Buckler, Ph.D.**
Vice President, Chemical and Molecular Therapeutics
Biogen

**Jang-Ho J. Cha, M.D., Ph.D.**
Global Translational Medicine Head Neuroscience
Novartis Institutes for BioMedical Research

**Marie-Francoise Chesselet, M.D., Ph.D.**
Charles H. Markham Professor of Neurology
Chair, Department of Neurobiology
David Geffen School of Medicine at UCLA

**Beverly L. Davidson, Ph.D.**
Arthur V. Meigs Chair in Pediatrics
Director, Center for Cell and Molecular Therapy
Professor, Department of Pathology and Laboratory Medicine
Children's Hospital of Philadelphia
University of Pennsylvania

**Steven Finkbeiner, M.D., Ph.D.**
Director, Taube-Koret Center for Huntington's Disease Research
and Hellman Family Foundation Program in Alzheimer's Disease Research
Senior Investigator and Associate Director, Gladstone Institute
  of Neurological Disease
Professor, Departments of Neurology and Physiology
University of California, San Francisco

**Kenneth H. Fischbeck, M.D.**
Chief, Neurogenetics Branch
National Institute of Neurological Disorders and Stroke
National Institutes of Health
*Member, Institute of Medicine of the National Academy of Sciences*

**H. Robert Horvitz, Ph.D.**
Investigator, Howard Hughes Medical Institute
Professor of Biology
Massachusetts Institute of Technology
*Nobel laureate*
*Member, National Academy of Sciences*
*Member, American Academy of Arts and Sciences*
*Member, Institute of Medicine of the National Academy of Sciences*

**David E. Housman, Ph.D.**
Ludwig Professor of Biology
Massachusetts Institute of Technology
*Member, National Academy of Sciences*
*Member, Institute of Medicine of the National Academy of Sciences*

**Robert E. Hughes, Ph.D.**
Associate Professor
Buck Institute for Age Research

**Carl D. Johnson, Ph.D.**
Executive Director for Science
Hereditary Disease Foundation

**Michael S. Levine, Ph.D.**
Chair, Interdepartmental Neuroscience Ph.D. Program
Professor, Department of Psychiatry and Biobehavioral Sciences
Associate Director, Mental Retardation Research Center
Associate Director for Education, Brain Research Institute
Jane and Terry Semel Institute for Neuroscience and Human Behavior
David Geffen School of Medicine at UCLA

**John Mazziotta, M.D., Ph.D.**
Vice Chancellor, UCLA Health Sciences
Dean, David Geffen School of Medicine at UCLA
Ahmanson-Lovelace Brain Mapping Center
*Member, Institute of Medicine of the National Academy of Sciences*

**Hereditary Disease Foundation**

**Diane E. Merry, Ph.D.**
Associate Professor
Department of Biochemistry and Molecular Biology
Thomas Jefferson University

**Richard I. Morimoto, Ph.D.**
Bill and Gayle Cook Professor of Biology
Department of Biochemistry, Molecular Biology and Cell
Biology Director, Rice Institute for Biomedical Research
Northwestern University

**Richard C. Mulligan, Ph.D.**
Director, Harvard Gene Therapy Initiative
Laboratory of Molecular Medicine
Mallinckrodt Professor of Genetics
Children's Hospital
Harvard Medical School

**Henry L. Paulson, M.D., Ph.D.**
Lucile Groff Professor
Department of Neurology
University of Michigan Health System

**Bernard M. Ravina, M.D.**
VP of Clinical Development
Voyager Therapeutics, Inc.

**Leslie M. Thompson, Ph.D.**
Professor
Director, Interdepartmental Neuroscience Program
Department of Psychiatry and Human Behavior
Department of Neurobiology and Behavior
Department of Biological Chemistry
University of California, Irvine

**Leslie P. Weiner, M.D.**
Professor
Molecular Microbiology & Immunology, Neurology
Richard Angus Grant, Sr., Chair in Neurology
Keck School of Medicine
University of Southern California

**Nancy S. Wexler, Ph.D.**
Higgins Professor of Neuropsychology
Columbia University
President
Hereditary Disease Foundation
*2007 Benjamin Franklin Medal in Life Science Recipient*
*1993 Albert Lasker Public Service Award Recipient*
*Fellow, Royal College of Physicians, London*
*Member, American Academy of Arts and Sciences*
*Member, Institute of Medicine of the National Academy of Sciences*

**Al Yamamoto, Ph.D.**
Assistant Professor
Department of Neurology
Columbia University

**X. William Yang, M.D., Ph.D.**
Associate Professor
Center for Neurobehavioral Genetics
Semel Institute for Neuroscience & Human Behavior
Department of Psychiatry & Biobehavioral Sciences
Brain Research Institute
David Geffen School of Medicine at UCLA

**Anne B. Young, M.D., Ph.D.**
Neurologist
Massachusetts General Hospital
Distinguished Julieanne Dorn Professor of Neurology
Harvard Medical School
*Fellow, Royal College of Physicians, London*
*Member, American Academy of Arts and Sciences*
*Member, Institute of Medicine of the National Academy of Sciences*

**Scott Zeitlin, Ph.D.**
Associate Professor of Neuroscience
University of Virginia School of Medicine

**Exhibit C**

# Governance

The Hereditary Disease Foundation, based in New York City, is a California non-profit tax-exempt organization under Section 501(c)(3) of the Internal Revenue Code. The programmatic work of the HDF is guided by our Board of Directors and the Scientific Advisory Board and developed and managed by the Leadership Team.

### Board of Directors

Robi Blumenstein
Bruce Donaldson
Sandy Fox
Berta A. Gehry
Frank O. Gehry
David Gerstenhaber
Kelly Posner Gerstenhaber, Ph.D.
Arthur Golding, M.D.
Jonathan Guest
David Housman, Ph.D.
Joan Leiman
Jonathan Matz
Herbert Pardes, M.D.
Alice Wexler, Ph.D.
Nancy S. Wexler, Ph.D.
Anne B. Young, M.D., Ph.D., Vice Chairman of the Board
David Zwally, Chairman of the Board

### Board Committees

#### Finance Committee
Bruce Donaldson
David Gerstenhaber
Jonathan Guest
Jonathan Matz
Herbert Pardes, Chair

#### Audit Committee
Bruce Donaldson
David Gerstenhaber
David Housman, Chair

#### Nominating and Governance Committee
Kelly Posner Gerstenhaber, Chair
Joan Leiman
David Zwally

**Scientific Advisory Board Liaison Committee**
Jonathan Guest
Kelly Posner Gerstenhaber
David Housman, Chair
David Zwally

**Leadership Team**
Jonathan Guest, Chief Executive Officer and Vice President, Legal Affairs
Nancy Wexler, Ph.D., President
Frank Mucha, Treasurer and Controller
Alice Wexler, Ph.D., Secretary
Carl Johnson, Ph.D., Executive Director for Science
Marina Chicurel, Ph.D., Associate Director for Science
Julie Porter, Director of Administration
Kenneth Martin, Associate Controller

**Lifetime Directors\***

Julie Andrews
Gerald Aronson, M.D.
Elaine Attias
James Blanchard
Deborah Blethen
Betty Borman
Burton Borman
Carol Burnett
Jean Hale Coleman
Jodie Evans
Marjorie Fasman
Peter Feibleman
Susan Feibleman
Carrie Fisher
Dewanna Golding
Kiyo Higashi
Robert Higashi, CPA
Arnold Klein, M.D.
Elaine May
Shelby Modell

John Moorhouse
Virginia Moorhouse
Edward C. Moses
Joyce Ostin
Michael Ostin
Morris Ostin
Steven Perez
Vincente Perez
Patricia Phelps, Ph.D.
Marisa Pouw
Alison Rubinson
Joel Rubinson
Jack Rudin
Mary Carol Rudin
Susan Rudin
David Shea
Jennifer Shea
Susan I. Spivak
Billie Milam Weisman
Luanne Wells

*\* Lifetime Directors are honorary Directors without any role in governance.*