Docket and File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/15

September 28, 2015

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel S. Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:        USA v. Karen Alameddine
      Case No>:  1:14-cr-00808-GHW
                   Sentencing Request

Dear Judge Woods:

    We are writing in support of Karen Dean Alameddine who is scheduled to be sentenced on November 12, 2015. My wife and I have known Karen for more than ten years and have been friends with her for as long. Karen was initially my accountant in my photojournalism business in Nyack, NY. She prepared my estimated and year-end taxes and various related accounting functions.

    Ms. Alameddine was instrumental in helping to set up a civic project (tvs-clamshell.org) and she was instrumental in the publication of my book last October, To the Village Square from Montague to Fukushima: 1975 - 2015. Her invaluable advice was provided at no charge.

    We have socialized with Karen over the years, both casually and for holidays at our house, and we visited her and her husband in Perris, CA just two years ago. In our experience, Karen has always been honest, forthright, and modest. We cannot imagine that she took the actions that she has been convicted of but she did plead guilty so we have to accept that. And, our knowledge about the specifics is limited to news reports.

    We request, that based on the person we have known and who has been our friend for many years, you grant her leniency in your sentencing. Karen is a kind, caring person. She loves animals, she is close to her family, and she has been a good and loyal friend to us. We strongly believe that she has much more good to do in the world and society will benefit from releasing her quickly and allowing her to be free and among us.

    We want you to know that neither Karen or her attorney solicited this letter. In fact, we have not been in contact with Karen since this event was disclosed. And, we thank you in advance for your consideration of this urgent request. If you would like to reach us, our telephone number is 413-637-2534.

Regards,

Judith Wilkinson
Lionel Delevingne
7 Wheatleigh Drive
Stockbridge, MA 01262