
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 2 6 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA         :

        - v. -                   :        RESTITUTION ORDER

                                 :        14 Cr. 808 (GHW)

KAREN ALAMEDDINE,                :

                                 :

        Defendant.               :

------------------------------------------------------------x

WHEREAS, on or about April 30, 2015, defendant KAREN ALAMEDDINE pleaded guilty to Counts One and Seven of the Indictment, charging her with violations of Title 18, United States Code, Section 1343 (Count One—Wire Fraud) and Title 26, United States Code, Section 7201 (Count Seven—Tax Evasion); and

WHEREAS, as part of KAREN ALAMEDDINE's plea agreement, she agreed to make restitution to the Hereditary Disease Foundation ("HDF") and the Internal Revenue Service ("IRS"); and

WHEREAS, the Court has received information from the Government and the HDF concerning the actual losses sustained by the HDF and the IRS, the victims of the crimes of conviction, and, accordingly, the appropriate amounts of restitution; and

WHEREAS, the Court has also received information concerning losses suffered by the Everest National Insurance Company, a secondary victim of the defendant's Count One offense, based on insurance coverage provided to the HDF;

1

now

IT IS ORDERED that defendant KAREN ALAMEDDINE pay restitution to the HDF in the amount of $1,934,839; and

IT IS FURTHER ORDERED that KAREN ALAMEDDINE pay restitution to the Everest National Insurance Company in the amount of $100,000; and

IT IS FURTHER ORDERED that KAREN ALAMEDDINE pay restitution to the IRS in the amount of $640,144; and

IT IS FURTHER ORDERED that the defendant shall make her restitution payments, except those payments made through the Federal Bureau of Prisons, to:

> United States District Court for the Southern District of New York
> Clerk's Office    Attn: Financial Section — Restitution
> 500 Pearl Street
> New York, New York 10007

IT IS FURTHER ORDERED the defendant shall include, with her payment(s) to the District Court, her name, the District Court's docket number assigned to this case, and a request that this information be sent, along with the payment(s), to the victims at the addresses set forth below; and

IT IS FURTHER ORDERED that the Clerk's Office shall send the restitution payments to the HDF and Everest National Insurance Company — victims whose restitution obligations, pursuant to 18 U.S.C. §3664(i), are to be satisfied first and in full, prior to any payments being made to the IRS — at the following addresses:

>Hereditary Disease Foundation
>c/o McCarter & English, LLP
>Attn: Robert Mintz
>Four Gateway Center
>100 Mulberry Street
>Newark, New Jersey 07102
>
>Everest National Insurance Company
>477 Martinsville Road
>P.O. Box 830
>Liberty Corner, New Jersey 07936-0830
>Attn: Larry C. Crosby
>Senior Claims Analyst

IT IS FURTHER ORDERED that, when forwarding restitution payment(s) to the IRS, the Clerk's Office shall send the payment(s) for the defendant, along with the information provided by the defendant, to the IRS at the following address:

>IRS - RACS
>Attn: Mail Stop 6261, Restitution
>333 W. Pershing Ave.
>Kansas City, MO 64108

IT IS FURTHER ORDERED that the Clerk of the Court shall append a copy of this Order to the Judgment of the defendant.

Dated: January 25, 2016
New York, New York

_____
The Honorable Gregory H. Woods
United States District Judge